JOHN MAGOOHAN *vs.* THOMAS C. CURRAN, ADMINIS-
TRATOR.

Supreme Court, New Haven, June 7th, 1899.

APPEAL by the plaintiff from the taxation of costs made
by the clerk of the Supreme Court of Errors in New Haven
County.

The plaintiff sued for $3,500, which he claimed to be the
balance due him for services rendered; the jury awarded
him $160, and from the judgment on this verdict he appealed
to the Supreme Court of Errors, which refused to grant a new
trial. See *ante*, p. 551.

In taxing costs the plaintiff claimed that under § 833 of
the General Statutes and Chapter 176 of the Public Acts of
1897, p. 874, he was entitled to have the record fee of $25
in the Supreme Court of Errors taxed in his favor and
against the defendant. The assistant clerk, Mr. Gallagher,
ruled otherwise, and the plaintiff appealed.

*Charles S. Hamilton,* for the plaintiff.

*Levi N. Blydenburgh,* for the defendant.

BY THE COURT. The course pursued by the assistant
clerk in taxing the record fee was correct.